FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 0 1 2019

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                      NO. 4:19-mj-00168 PSH

BILAL AL-RAYANNI

## ORDER OF DETENTION

Before the Court is the Defendant's Oral Motion asking the Court to waive his rights to a detention hearing at this time and agreeing to be detained, but reserving the right to request a detention hearing in the future should he so choose. The Motion is GRANTED.

The Defendant is remanded to the custody of the United States Marshal Service. While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel.

IT IS SO ORDERED this 1st day of July, 2019.

_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE