AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 28 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:19-MJ-00168 PSH |
| Bilal Al-Rayanni | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 08 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Bilal Al-Rayanni                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

  False Statement in Passport Application, in violation of Title 18, United State Code, Section 1542.

Date:   06/28/2019                                         _____
                                                                           *Issuing officer's signature*

City and state:   Little Rock, AR                        Patricia Harris, United States Magistrate Judge
                                                                           *Printed name and title*

### Return

This warrant was received on *(date)* 6-28-2019, and the person was arrested on *(date)* 6-27-2019
at *(city and state)* Marion, AR.

Date: 7-1-2019                                              _____
                                                                           *Arresting officer's signature*

                                                                     Thomas Johnson  Special Agent
                                                                           *Printed name and title*