UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR OO4\8 Sww |
| | ) | |
| v. | ) | 18 U.S.C. § 1542 |
| | ) | |
| BILAL AL-RAYANNI, | ) | |
| a/k/a Bilal Kassim Alawdi | ) | |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 11 2019

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

On or about May 13, 2019, in the Eastern District of Arkansas, the defendant,

BILAL AL-RAYANNI, a/k/a Bilal Kassim Alawdi,

willfully and knowingly made a false statement in an application for a passport with intent to

induce and secure for his own use the issuance of a passport under the authority of the United

States, contrary to the laws regulating the issuance of such passports and the rules prescribed

pursuant to such laws, in that in such application the defendant stated that his name was Bilal

Kassim Alawdi, which statement he knew to be false, in violation of Title 18, United States

Code, Section 1542.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]

1