\\fs01\Apps\CM-ECF\myboxes\CrystalNewton\419cr420 Cardona Indictment.pdf (Post. 4/4/12)

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

## NOTICE

United States of America

v.                                    Case No.:   4:19CR00418-01 SWW

Bilal Al-Rayanni

TYPE OF CASE:
☐ CIVIL     ☒ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 W Capitol Avenue<br>Little Rock AR 72201 | **1D** |
| | DATE AND TIME<br>**7/16/2019, 2:00 p.m.** |

TYPE OF PROCEEDING

**PLEA AND ARRAIGNMENT ON the Indictment before the Honorable Beth Deere, U.S. Magistrate Judge.**

Rule 10 (b) of the Federal Rules of Criminal Procedure permits a defendant charged by indictment or misdemeanor information to waive appearance at arraignment with the advanced approval of the Court. A completed waiver form must be filed with the Clerk's office seventy-two (72) hours prior to the scheduled arraignment date. Copies of the Waiver of Appearance for Arraignment form should be submitted directly to the presiding Magistrate Judge, U.S. Attorney's Office and the U.S. Probation Office. This form is available on the Court's web site at www.are.uscourts.gov under "Information, Court Information, Court Forms, Criminal Forms, Waiver of Appearance for Arraignment and Entry of Plea of Not Guilty (purs. to F.R.Cr.P. 10 and 43.)"

NOTE:   Approval will generally be restricted to Superseding Indictments and extenuating circumstances.

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JAMES W. McCORMACK, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

C. Newton
(BY) DEPUTY CLERK