# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Plaintiff(s)** § | |
| § | Case No. 4:19CR00418-01 SWW |
| § | |
| vs. § | |
| § | |
| **BILAL AL-RAYANNI,** § | |
| aka Bilal Kassim Alawdi § | |
| § | |
| **Defendant(s)** § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Mark F. Hampton enters his appearance as counsel on behalf of Bilal Al-Rayanni aka Bilal Kassim Alawdi in the above-captioned matter.

Respectfully submitted,

/s/Mark F. Hampton
Arkansas Bar No. 85066
Attorney for Defendant
1122 West Capitol Avenue
Little Rock, Arkansas  72201
(501) 376-6277
(501) 376-6279 fax
MarkFHampton@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which shall send notification of such filing to the following:

Michael Gordon
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, Arkansas  72203

/s/Mark F. Hampton
Arkansas Bar No. 85066
Attorney for Defendant