**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff(s) § | |
| § | Case No. 4:19CR00418-01 SWW |
| § | |
| vs. § | |
| § | |
| BILAL AL-RAYANNI, § | |
| aka BILAL KASSIM ALAWDI § | |
| § | |
| Defendant(s) § | |

## MOTION FOR CONTINUANCE

Comes now, the Defendant, Bilal Al-Rayanni aka Bilal Kassim Alawdi, by and through undersigned counsel, Mark F. Hampton, and moves this Court for a continuance as follows:

1. The Court has previously set this matter down for trial on or about August 26, 2019, at 9:30 a.m.

2. Defendant requests a continuance of the August 26, 2019 jury trial date to a new date set by the Court.

3. Defense counsel was recently retained and needs additional time to receive and review discovery and prepare for trial.

3. Defense Counsel has spoken with AUSA Michael Gordon and he does not object to this motion. This motion is not made for delay or harassment.

**WHEREFORE PREMISES CONSIDERED**, Defendant, Bilal Al-Rayanni aka Bilal Kassim Alawdi, moves this Court for a continuance of the trial date set for August

1

26, 2019, to a new date set by the Court.  Further Defendant waives speedy trial as set out herein.

                              Respectfully submitted,

                              Mark F. Hampton
                              Arkansas Bar No. 85066
                              Attorney for Defendant
                              1122 West Capitol Avenue
                              Little Rock, Arkansas 72201
                              (501) 376-6277
                              (501) 376-6279 fax
                              MarkFHampton@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which shall send notification of such filing to the following:

Michael Gordon
Assistant United States Attorney
P. O. Box 1229
Little Rock, Arkansas  72901

                              Mark F. Hampton
                              Arkansas Bar No. 85066
                              Attorney for Defendant
                              1122 West Capitol Avenue
                              Little Rock, Arkansas 72201
                              (501) 376-0277
                              (501) 376-6279 fax
                              MarkFHampton@aol.com