IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.                     CASE NO. 4:19-CR-00418-01-SWW

BILAL AL-RAYANNI                                                                              DEFENDANT

## ORDER OF TEMPORARY DETENTION

The Defendant appeared today for plea and arraignment. The Government requested detention, and defense counsel requested a bond hearing. Defendant is, therefore, temporarily detained pending his detention hearing.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 15th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE