**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                   PLAINTIFF

vs.                              Case No. 4:19-cr-00418-01 SWW

BILAL AL-RAYANNI                                                                                                 DEFENDANT

## ORDER OF DETENTION

Defendant appeared with counsel on this date on his Motion for Bond (DE #27). Defense counsel withdrew his motion for bond at this time, which the Court granted. Therefore, the Defendant is detained and remanded to the custody of the United States Marshals Service (USMS).

While in custody, the Defendant must be afforded a reasonable opportunity for private consultation with counsel. On order of a United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the USMS for a court appearance.

SO ORDERED this 22nd day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE