**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                                                              ) | |
|                     Plaintiff(s),      ) | |
|                                                              )   Case No. 4:19CR00418 SWW | |
| vs.                                                     ) | |
|                                                              ) | |
| BILAL AL-RAYANNI,                     ) | |
| a/k/a Bilal Kassim Alawdi              ) | |
|                     Defendant(s)    ) | |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Comes now, undersigned counsel, Mark F. Hampton, as current retained attorney for Defendant, Bilal Al-Rayanni a/k/a Bilal Kassim Alawdi (hereinafter Defendant), and for his motion to withdraw as retained counsel, states and alleges as follows:

1. On the 27th day of June, 2019, the Defendant was charged in a one count Indictment alleging violations of passport laws. 18 U.S.C. § 1542. On July 2, 2019, counsel met with the brother of the Defendant and sought to retain counsel. At the time Counsel quoted a reasonable fee and received 1/3 of the fee as an initial retainer. On July 26, 2019, the government superseded its indictment and alleged violations of the Immigration and Nationality Act (INA), pursuant to 18 U.S.C. § 2339B(a)(1) and (2).

2. Since being retained, there has been a conflict develop between the attorney and his client to the point that counsel can no longer represent him zealously within the bounds of the law pursuant to Arkansas Model Rules of Professional Conduct. Counsel seeks this motion to allow him to withdraw as counsel of record.

3. In his initial communications with the Defendant's brother, Counsel received a small retainer towards representation. Undersigned Counsel would be willing to return to the brother of the Defendant any unearned portions of the initial retainer fee.

1

3.   Additionally, after consulting with the Defendant, Counsel believes that Defendant is indigent at this point.  He is currently incarcerated, has no outside income stream, and owns no significant property.  Counsel would ask the Court to consider appointing new counsel, from the CJA panel, based upon the Defendant's indigency.

Wherefore Premises Consider, the undersigned Counsel, moves for an order allowing him to withdraw as attorney of record, and for all other just and proper relief to which the Court's deems appropriate.

Respectfully submitted,

Mark F. Hampton
Arkansas Bar No. 85066
Attorney for Defendant
1122 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 376-6277
(501) 376-6279 fax
Mark@MarkHamptonLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which shall send notification of such filing to the following:

Michael Gordon
P. O. Box 1229
Little Rock, Arkansas  72203

Mark F. Hampton
Arkansas Bar No. 85066
Attorney for Defendant
1122 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 376-0277
(501) 376-6279 fax
Mark@MarkHamptonLaw.com