IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CASE NO. 4:19CR00418-01 SWW |
| | * | |
| BILAL AL-RAYANNI | * | |
| a/k/a Bilal Kassim Alawdi | | |

## ORDER

The Superseding Indictment in this case charges Defendant Bilal Al-Rayanni, also known as Bilal Kassim Alawdi, with one count of knowingly providing and attempting to provide material support and resources to a foreign terrorist organization, in violation of 18 U.S.C. 2339B(a)(1) and (2), and one count of knowingly making a false statement in a passport application, in violation of 18 U.S.C. §1542.

Before the Court is the United States' motion and supporting materials [ECF Nos. 58 & 59], filed *ex parte* and *in camera*, requesting that the Court authorize the Government to deny discovery of certain classified material, pursuant to Section 4 of the Classified Information Procedures Act ("CIPA § 4") and Rule 16(d)(1) of the Federal Rules of Criminal Procedure. The Government requests that the Court conduct an *in camera* and *ex parte* review of its filing and find that the classified information set forth therein need not be produced by the government to the defense.

1

After careful *in camera* and *ex parte* review of the Government's motion and supporting materials in accordance with CIPA § 4 and Rule 16(d)(1), the Court grants the motion and finds as follows. The Court first finds that the Government's motion was properly filed *in camera* and *ex parte* pursuant to CIPA § 4 and Rule 16(d)(1). The Court further finds that the classified information set forth in the motion and supporting materials will not be admitted as evidence at trial and is not relevant to the elements of the charged crimes set forth in the Superseding Indictment; nor is the classified information exculpatory or otherwise helpful to the defense. Given these findings, the Government is not required to produce the classified information to the defense.

IT IS THEREFORE ORDERED that the United States' motion [ECF No. 58] is GRANTED, and the United States is authorized to delete the classified information submitted for *in camera, ex parte* review from discovery.

IT IS FURTHER ORDERED that the entire text of the United States' motion and supporting materials [ECF Nos. 58 & 59] shall not be disclosed to the defense, and shall be sealed and preserved in the records of the Court to be made available to the Eighth Circuit Court of Appeals in the event of an appeal.

IT IS SO ORDERED THIS 2ND DAY OF APRIL, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE