Case 4:19-cr-00418-KGB   Document 84   Filed 05/23/23   Page 1 of 3

PROB 12B
ED/AR (12/2012)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
May 23, 2023
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
DEP CLERK

# United States District Court

## for the

## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Bilal Al-Rayanni          Case Number: 4:19CR00418-001

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
                                        United States District Judge

Original Offense:   Providing Material Support or Resources to Terrorists

Date of Sentence:   August 19, 2022

Original Sentence:   65 months Bureau of Prisons followed by 120 months supervised release

Type of Supervision:   Supervised Release          Date Supervision Commenced: February 7, 2024
                                                    Date Supervision Expires: February 7, 2034

U. S. Probation Officer: Tanay Hartsfield    Asst. U.S. Attorney: Stacy Williams    Defense Attorney: Lisa Peters

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

> You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under your control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.

## CAUSE

Mr. Al-Rayanni has requested to relocate to the Eastern District of Michigan to reside with his sister. The Eastern District of Michigan is prepared to accept supervision of Mr. Al-Rayanni, once the above noted condition is imposed. The Federal Public Defender's Office has been notified of the requested condition.

Tanay Hartsfield
U.S. Probation Officer

Date: May 9, 2023

Stacy Williams
Assistant U.S. Attorney

Date: 5/18/23

Prob 12B — -2- — Request for Modifying the
Conditions or Term of Supervision
With Consent of the Offender

Name of Offender: Bilal Al-Rayanni                    Case Number: 0860 4:19CR00418-001

Approved by:

_____*Brenna E. Crow*_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____/s/ Susan Webber Wright_____           _____5/23/2023_____
Honorable Susan Webber Wright                Date
United States District Judge

c:  Defense Attorney John Wesley Hall, Jr., 1202 Main Street, Suite 210, Little Rock, AR
    72202-5057
    Assistant U.S. Attorney Stacy Williams

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under your control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.

Witness _____         Signed _____
          *(U.S. Probation Officer)*                    *(Probationer or Supervised Releasee)*

                                    5/11/23
                                    *(Date)*