PROB 12B
ED/AR (12/2012)

**United States District Court**

for the

Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 2 3 2024

TAMMY H. DOWNS, CLERK
By: _____ ɑmw
                    DEP CLERK

**Request for Modifying the Conditions or Term of Supervision
With Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Bilal Al-Rayanni | Case Number: 4:19CR00418-001 |

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
                                        United States District Judge

                                        Honorable Kristine G. Baker
                                        Chief United States District Judge
                                        (Reassigned April 18, 2024)

Original Offense:   Providing Material Support or Resources to Terrorists

Date of Sentence:   August 19, 2022

Original Sentence:   65 months Bureau of Prisons followed by 120 months supervised release

| | | |
|---|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: | January 7, 2024 |
| | Date Supervision Expires: | January 6, 2034 |
| U. S. Probation Officer: Tanay Hartsfield | Asst. U.S. Attorney: Stacy R. Williams | Defense Attorney: Lisa Peters |

---

### PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒   To modify the conditions of supervision as follows:

You must participate in the Computer/Internet Monitoring Program (CIMP) administered by the United States Probation Department. You must abide by the Computer/Internet Monitoring Program Participant Agreement in effect at the time of supervision and comply with any amendments to the program during the term of supervision. Due to the advances in technology the Court will adopt the amendments to the Computer/Internet Monitoring Program as necessary. For the purposes of accounting for all computers, hardware, software and accessories, you must submit your person, residence, computer and/or vehicle to a search conducted by the U.S. Probation Department at a reasonable time and manner. You shall inform any other residents that the premises may be subject to a search pursuant to this condition. You shall provide the probation officer with access to any requested financial information including billing records (telephone, cable, internet, satellite, etc.)

### CAUSE

Mr. Al-Rayanni is currently supervised in the Eastern District of Michigan (EDMI). The defendant has a history of internet use with social media accounts and reports to his officer in EDMI that he would like to obtain/use a

Prob 12B        - 2 -        Request for Modifying the
Conditions or Term of Supervision
With Consent of the Offender

Name of Offender:  Bilal Al-Rayanni        Case Number:  0860 4:19CR00418-001

computer. Due to the nature of his conviction which involves international terrorism and being an ISIS member, the protocol of EDMI is to modify the conditions of release to add the above-mentioned condition. The Federal Public Defender's Office has been notified of the requested modification.

_____
Tanay Hartsfield
Probation Officer

Date:  April 22, 2024

_____
Stacy R. Williams
Assistant U.S. Attorney

Date:  4/22/2024

Approved by:

_____
Brenna Cross
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☑ The Modification of Conditions as Noted Above
☐ Other

_____
Honorable Kristine G. Baker
Chief United States District Judge

April 23, 2024
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c:  Assistant Federal Public Defender Lisa Peters
    Assistant U.S. Attorney Stacy R. Williams

PROB 49
(9/18)

# United States District Court

Eastern District of Arkansas

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

☒ I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

> You must participate in the Computer/Internet Monitoring Program (CIMP) administered by the United States Probation Department. You must abide by the Computer/Internet Monitoring Program Participant Agreement in effect at the time of supervision and comply with any amendments to the program during the term of supervision. Due to the advances in technology the Court will adopt the amendments to the Computer/Internet Monitoring Program as necessary. For the purposes of accounting for all computers, hardware, software and accessories, you must submit your person, residence, computer and/or vehicle to a search conducted by the U.S. Probation Department at a reasonable time and manner. You shall inform any other residents that the premises may be subject to a search pursuant to this condition. You shall provide the probation officer with access to any requested financial information including billing records (telephone, cable, internet, satellite, etc.)

Witness _____    Signed _____
(U.S. Probation Officer)                      (Probationer or Supervised Releasee)

2/1/2024
(Date)